**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7483**

WISTER KING, JR.,

        Plaintiff - Appellant,

    v.

CHARLES J. STRAUSS, Judge; R. BRYAN HASKINS, Attorney for the Commonwealth, Esq.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:11-cv-01041-GBL-JFA)

Submitted:  March 15, 2012        Decided:  March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wister King, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wister King, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny King's motion for appointment of counsel and affirm for the reasons stated by the district court. King v. Strauss, No. 1:11-cv-01041-GBL-JFA (E.D. Va. filed Oct. 17, 2011; entered Oct. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED